| Date | Average Balance | Gross Deposits |
|---|---|---|
| 02/28/2019 | $51.99 | $151.00 |
| 01/31/2019 | $12.63 | $100.00 |
| 12/31/2018 | $49.62 | $225.00 |
| 11/30/2018 | $10.72 | $125.00 |
| 10/31/2018 | $28.71 | $238.00 |
| 09/30/2018 | $44.69 | $100.00 |
| 08/31/2018 | $36.24 | $190.00 |
| 07/31/2018 | $41.41 | $150.00 |
| 06/30/2018 | $14.92 | $145.00 |
| 05/31/2018 | $8.43 | $125.00 |
| 04/30/2018 | $26.48 | $90.00 |
| 03/31/2018 | $60.52 | $265.00 |
|  | $32.20 | $1,904.00 |

3/28/19